■ In the Matter of the Arbitration between WILLIAM GLATZER et al., Copartners Doing Business under the Name of GLATZER, GLATZER & DIAMOND, Respondents, and INSURANCE RESEARCH SERVICE, INC., Appellant.— Order

unanimously affirmed. No opinion. Concur — Peck, P. J., Breitel, Botein and McNally, JJ.